IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 cv 35

| | | |
|---|---|---|
| RICHARD D. BERNIER, | ) | |
| Plaintiff | ) | |
| v. | ) | ORDER |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

Pending before the Court are the motions for *pro hac vice* admission [# 8, # 9] filed by Joseph Ted McFadden Jr., counsel for Plaintiff Richard D. Bernier.

Upon review of the motions, it appears that Brewster Rawls and David A. Tierney are both members in good standing with the Virginia Bar and will be appearing with Joseph Ted McFadden Jr., a member in good standing with the Bar of this Court. Additionally, all applicants have paid the requisite admission fee.

Accordingly, the Court **GRANTS** the motions [# 8, # 9]. The Court **ADMITS** Brewster Rawls and David A. Tierney to practice *pro hac vice* before the Court while associated with local counsel.

Signed: May 24, 2018

Dennis L. Howell
United States Magistrate Judge